```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                   Case No. 16-02006-JJT
Audrey Edwards                                                           Chapter 7
         Debtor                       CERTIFICATE OF NOTICE

District/off: 0314-5          User: admin              Page 1 of 2           Date Rcvd: Sep 12, 2016
                              Form ID: 318             Total Noticed: 56


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 14, 2016.
db             Audrey Edwards,    105 Condor Drive Unit 34,    Tamiment, PA 18371-9422
4788253        ACCOUNTS RECEIVBLE MGT SVCS,    2727 PHILMONT AVE STE 100,    HUNTINGDON VALLEY, PA 19006-5398
4788254       +ADVANCED DERMATOLOGY ASSOC,    1259 CEDAR CREST BLVD,    STE 100,    ALLENTOWN, PA 18103-6288
4788255        AKRON BILLING CENTER,    3585 RIDGE PARK DRIVE,    AKRON, OH 44333-8203
4788260       +CITIZENS AUTO FINANCE,    480 JEFFERSON BLVD,    WARWICK, RI 02886-1359
4788261        CITIZENS ONE AUTO FINANCE,    CUSTOMER LOAN SVC ROP18P,    PO BOX 42002,
                PROVIDENCE, RI 02940-2002
4788262        COMPUTER CREDIT INC,    PO BOX 5238,    WINSTON SALEM, NC 27113-5238
4788263       +COUNTY WASTE,    4236 ROUTE 115,    BLAKESLEE, PA 18610-7969
4788264        COUNTY WASTE,    PO BOX 8010,    CLIFTON PARK, NY 12065-8010
4788268       +DR. L DANESHDOOST MD,    65 E ELIZABETH AVE #708,    BETHLEHEM, PA 18018-6528
4788269        EAST WEST MEDICAL GROUP,    STROUD BLDG SUITE 100B,    ROUTE 611,    STROUDSBURG, PA 18360-9064
4788270       +EBERHARDT DENTAL,    739 MILFORD ROAD,    EAST STROUDSBURG, PA 18301-1307
4788271        EMERG CARE SERVOF PA,    C/O ARS,    PO BOX 459079,    SUNRISE, FL 33345-9079
4788272        FAMILY CARE CENTERS INC,    PO BOX 827658,    PHILADELPHIA, PA 19182-7658
4788273       +FINANCIAL RECOVERIES,    200 E PARK DR STE 100,    MOUNT LAUREL, NJ 08054-1297
4788275       +GREGORY JENKINS,    856 CLUBHOUSE DRIVE,    EAST STROUDSBURG, PA 18302-9275
4788276        HRRG,    PO BOX 459080,    SUNRISE, FL 33345-9080
4788277       +KML LAW GROUP,    STE 5000-BNY INDEPEN CTR,    701 MARKET STREET,    PHILADELPHIA, PA 19106-1538
4788278        LABORATORY CORP OF AMERICA,    PO BOX 2240,    BURLINGTON, NC 27216-2240
4788279        LEHIGH VALLEY PHYS GROUP,    PO BOX 1754,    ALLENTOWN, PA 18105-1754
4788280       +LESSIG OIL & PROPANE,    PO BOX 158,    WIND GAP, PA 18091-0158
4788284       +MARK NICHTER PC,    44 SOUTH BROADWAY,    WHITE PLAINS, NY 10601-4425
4788285       +MCCLURE LAW OFFICE,    PO BOX 65,    MIDDLETOWN, PA 17057-0065
4788286        MEDICAL IMAGING OF LEHIGH VLY,    PO BOX 3226,    ALLENTOWN, PA 18106-0226
4788287       +MIDDLE SMITHFIELD TWP,    SEWER DEPARTMENT,    147 MUNICIPAL DRIVE,
                EAST STROUDSBURG, PA 18302-9519
4788288       +MONROE PATHOLOGISTS,    PO BOX 808,    EAST STROUDSBURG, PA 18301-4108
4788289       +MONROE RADIOLOGY INMAGING PC,    PO BOX 12 B,    EAST STROUDSBURG, PA 18301-0012
4788290        MOUNTAIN VALLEY ORTHOPEDIC,    447 OFFICE PLAZA,    600 PLAZA COURT,
                EAST STROUDSBURG, PA 18301-8263
4788291        NATIONAL BOND COLLECTION,    210 DIVISION STREET,    KINGSTON, PA 18704-2715
4788292       +NATIONAL RECOVERY AGENCY,    2491 PAXTON STREET,    HARRISBURG, PA 17111-1036
4788294       +PATHS,    2010 BEVIN DRIVE,    ALLENTOWN, PA 18103-6994
4788295        PEERLESS CREDIT SERVICES,    PO BOX 518,    MIDDLETOWN, PA 17057-0518
4788296        PENN CREDIT,    PO BOX 988,    HARRISBURG, PA 17108-0988
4788297        POCONO MEDICAL CENTER,    PO BOX 822009,    PHILADELPHIA, PA 19182-2009
4788298       +ST LUKE'S,    801 OSTRUM STREET,    BETHLEHEM, PA 18015-1000
4788299        ST LUKE'S PHYS GROUP,    PO BOX 5386,    BETHLEHEM, PA 18015-0386
4788300        STATE FARM PAYMENT PLAN,    PO BOX 44110,    JACKSONVILLE, FL 32231-4110
4788301       +THE CBE GROUP,    PO BOX 126,    WATERLOO, IA 50704-0126
4788302       +THOMAS E HELFST DDS,    STROUD ORAL & FACIAL,    208 LIFELINE RD #202,
                STROUDSBURG, PA 18360-6473
4788303       +TRANS-CONTINENTAL CREDIT & COLL,    PO BOX 5055,    WHITE PLAINS, NY 10602-5055
4788306        WEST ASSET MANAGEMENT,    PO BOX 790113,    SAINT LOUIS, MO 63179-0113
4788307       +WINONA LAKES POA,    112 SKI LODGE CIRCLE,    EAST STROUDSBURG, PA 18302-6918

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4788256        EDI: CINGMIDLAND.COM Sep 12 2016 19:23:00      AT&T WIRELESS,    PO BOX 537104,
                ATLANTA, GA 30353-7104
4788257        E-mail/Text: banko@berkscredit.com Sep 12 2016 19:23:28      BERKS CREDIT & COLLECTIONS,
                PO BOX 329,    TEMPLE, PA 19560-0329
4788258       +E-mail/Text: banko@berkscredit.com Sep 12 2016 19:23:28      BERKS CREDIT & COLLECTIONS,
                900 CORPORATE DRIVE,    READING, PA 19605-3340
4788259       +E-mail/Text: bankruptcynotices@cbecompanies.com Sep 12 2016 19:23:46       CBE GROUP,
                1309 TECHNOLOGY PKWY,    CEDAR FALLS, IA 50613-6976
4788265        EDI: CMIGROUP.COM Sep 12 2016 19:23:00      CREDIT MANAGEMENT,    4200 INTERNATIONAL PKWY,
                CARROLLTON, TX 75007-1912
4788266        EDI: DIRECTV.COM Sep 12 2016 19:23:00      DIRECTV,    PO BOX 78626,    PHOENIX, AZ 85062-8626
4788267        EDI: DISCOVER.COM Sep 12 2016 19:23:00      DISCOVER FINANCIAL SERVICES,    PO BOX 15316,
                WILMINGTON, DE 19850
4788274       +EDI: CITICORP.COM Sep 12 2016 19:23:00      FRED MEYER-FOX/CBNA,    PO BOX 6497,
                SIOUX FALLS, SD 57117-6497
4788282        E-mail/Text: camanagement@mtb.com Sep 12 2016 19:23:30      M & T BANK,    PO BOX 1288,
                BUFFALO, NY 14240-1288
4788281        E-mail/Text: camanagement@mtb.com Sep 12 2016 19:23:30      M & T BANK,    PO BOX 840,
                BUFFALO, NY 14240-0840
4788283        E-mail/Text: camanagement@mtb.com Sep 12 2016 19:23:30      M & T BANK,    PO BOX 900,
                MILLSBORO, DE 19966
4788293       +EDI: NAVIENTFKASMSERV.COM Sep 12 2016 19:23:00      NAVIENT,    PO BOX 9500,
                WILKES BARRE, PA 18773-9500
4788305       +EDI: WFFC.COM Sep 12 2016 19:23:00      WELLS FARGO DEALER SERVICES,    PO BOX 1697,
                WINTERVILLE, NC 28590-1697
```

```
District/off: 0314-5           User: admin              Page 2 of 2            Date Rcvd: Sep 12, 2016
                               Form ID: 318             Total Noticed: 56
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
4788304        +EDI: WFFC.COM Sep 12 2016 19:23:00      WELLS FARGO DEALER SERVICES,    PO BOX 25341,
                SANTA ANA, CA 92799-5341
                                                                                               TOTAL: 14

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2016 at the address(es) listed below:
```
              Joshua I Goldman    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Mark J. Conway (Trustee)    PA40@ecfcbis.com,
               mjc@mjconwaylaw.com;connie@mjconwaylaw.com;info@mjconwaylaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vincent Rubino    on behalf of Debtor Audrey   Edwards
               epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newman
               williams.com;eapotito@hotmail.com
                                                                                               TOTAL: 4
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Audrey Edwards** | Social Security number or ITIN **xxx–xx–2701** |
| | First Name  Middle Name  Last Name | EIN  __–_____ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  ____ |
| | | EIN  __–_____ |
| United States Bankruptcy Court  **Middle District of Pennsylvania** | | |
| Case number:  **5:16–bk–02006–JJT** | | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Audrey Edwards
aka Audrey F. Edwards, aka Audrey Francoise Edwards

**By the court:** *[signature]*

September 12, 2016

Honorable John J. Thomas
United States Bankruptcy Judge

By: AutoDocketer, Deputy Clerk

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318   **Order of Discharge**   page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**